Withiam-Leitch v Sorenson (2024 NY Slip Op 01438)

Withiam-Leitch v Sorenson

2024 NY Slip Op 01438

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, DELCONTE, AND KEANE, JJ.

221 CA 22-01343

[*1]SHERRY WITHIAM-LEITCH, AS EXECUTOR OF THE ESTATE OF FRANK M. LEITCH, DECEASED, PLAINTIFF-RESPONDENT,
v
DR. LYNDA M. SORENSON, DR. JULIET L. CROSSLAND-SORENSON, D.C., AND FLEMING SORENSON, DEFENDANTS-APPELLANTS. 

VIOLA CUMMINGS & LINDSAY, LLP, NIAGARA FALLS (MICHAEL J. SKONEY OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (AMANDA L. MACHACEK OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered April 8, 2022. The order denied the motion of defendants for summary judgment dismissing the complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 24, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court